LAW OFFICES OF

## *Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

April 17, 2026

**Via ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

Re:    **Letter Motion for Extension of Time**
       ***Greenwald, et al. v. Turk Hava Yollari Anonim Ortakligi, et al.***
       **1:25-cv-02046(KAM)(MMH)**

Dear Magistrate Judge Henry:

We write on behalf of Plaintiffs Yosef Shloimy Greenwald and Miriam Greenwald to respectfully request a limited extension of the fact discovery deadline. Counsel for Turk Hava Yollari Anonim Ortakligi d/b/a Turkish Airlines consents to this request.

Pursuant to the Court's Scheduling Order, fact discovery is presently set to close on April 22, 2026. The Parties are currently engaged in scheduling and conducting depositions, which represent a substantial component of fact discovery in this matter. In addition to party depositions, there are several non-party witnesses whose testimony is relevant to the claims and defenses at issue. Coordinating and completing these depositions requires additional time beyond the current discovery deadline. **To date, the Parties have already conducted eight (8) depositions, including the depositions of both Plaintiffs and all travel companions who were present during the events at issue.** The Parties are in the process of scheduling further depositions, including those of Defendants, and coordinating and completing these remaining depositions cannot reasonably be accomplished within the current discovery deadline. The Parties may also require limited, targeted post-EBT discovery arising from those depositions.

In addition to the significant number of depositions given the nature of the case, this case is characterized by voluminous document discovery, including a significant number of materials requiring translation from Turkish into English. Furthermore, scheduling has been materially

1

constrained by the overlap of Eid, Passover, and Easter, which have affected the availability of counsel, parties, and non-party witnesses relevant to this matter.

Under these circumstances, and with the consent of Turk Hava Yollari Anonim Ortakligi d/b/a Turkish Airlines, Plaintiffs respectfully request that the Court extend the fact discovery deadline from April 22, 2026, to July 16, 2026. This extension will allow the Parties sufficient time to complete Defendants and non-party depositions and any narrowly tailored follow-up discovery in an orderly and efficient manner.

We thank the Court for its consideration.

Respectfully submitted,

Giovanni Orlando Conti